UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JULIE MAGNO,

          Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

          Defendant.

CASE NO.: 1:22-cv-1123-GSA

**ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF**

    Pursuant to stipulation (Doc. 13), **IT IS ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. 405(g).  The Clerk is **DIRECTED** to enter a judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

    Dated:  __March 15, 2023__        _____**/s/ Gary S. Austin**_____
                                     UNITED STATES MAGISTRATE JUDGE