# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JULIE MAGNO,**

CASE NO: **1:22–CV–01123–GSA**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/16/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **March 16, 2023**

by:  /s/  O. Rivera _____
Deputy Clerk