UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MAGNO, | ) No.: 1:22-CV-01123-GSA |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER AWARDING JOINT** |
| v. | ) **STIPULATION FOR THE** |
| | ) **PAYMENT OF ATTORNEY FEES** |
| COMMISSIONER OF THE SOCIAL | ) **AND EXPENSES UNDER THE** |
| SECURITY ADMINISTRATION, | ) **EQUAL ACCESS TO JUSTICE** |
| | ) **ACT, PURSUANT TO 28 U.S.C.** |
| Defendant. | ) **§ 2412(d), AND COSTS, PURSUANT** |
| | ) **TO 28 U.S.C. § 1920** |

Based upon the parties' Joint Stipulation for the Award and Payment of Attorney Fees and Expenses under the Equal Access to Justice Act (EAJA), IT IS ORDERED that Plaintiff shall be awarded attorney fees and expenses under the EAJA in the amount of EIGHT THOUSAND THREE HUNDRED SIXTY FOUR DOLLARS AND TWENTY TWO CENTS ($8,364.22), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED TWO DOLLARS ($402.00), subject to the terms of the Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

IT IS SO ORDERED.

Dated:   **April 17, 2023**            **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE